IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MELGAREJO, et al.,<br><br>　　　　Defendants. | No. 2:18-CV-3019-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (ECF No. 16) for leave to file a second amended complaint.[1] Good cause appearing therefor, plaintiff's motion is granted. Plaintiff may file a second amended complaint within 30 days of the date of this order and is cautioned that, if no second amended complaint is filed, this action will proceed on the first amended complaint.

　　　　IT IS SO ORDERED.

Dated: June 24, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] On May 8, 0219, the court determined plaintiff's first amended complaint was appropriate for service on defendants, see ECF No. 13, and plaintiff has submitted the documents necessary for service by the United States Marshal, see ECF No. 15.

1