# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>Plaintiff,<br><br>v.<br><br>MELGAREJO, et al.,<br><br>Defendants. | No. 2:18-CV-3019-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's third motion for an extension of time to file a second amended complaint (ECF No. 33).

This action currently proceeds on plaintiff's first amended complaint, which the court has determined is appropriate for service. Plaintiff has also submitted the documents necessary for service of his first amended complaint by the United States Marshal and the court has ordered the United States Marshal to serve the first amended complaint. With his submission of service documents, plaintiff sought leave to file second amended complaint. Leave was granted on June 25, 2019, and plaintiff was directed to file his second amended complaint within 30 days. Plaintiff then sought extensions of the deadline to file a second amended complaint on July 23, 2019, and again on August 23, 2019. The court granted both requests.

/ / /

1

Plaintiff now seeks a third extension of time.  According to plaintiff, prison officials "seized" his legal property, containing a draft second amended complaint, on May 31, 2019, and have refused to return it.  Plaintiff has not demonstrated, however, why he cannot prepare his proposed second amended complaint absent his legal property.  To the extent plaintiff's second amended complaint would be based on his allegations, which he knows absent his "legal property", the court will grant the pending motion, with the limited authorization to file the proposed second amended complaint within twenty days of the date of this order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's third motion for an extension of time (ECF No. 33) is  granted, and plaintiff shall have twenty days from the date of this order to file a second amended complaint. Failure to timely file the amended  pleading authorized herein will result in this action proceeding on the first amended complaint, which the court previously directed be served.

Dated:  December 16, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE