FILED
OCT 16 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# Declaration

Case #: 2:18-CV-3019-JAM-DMC

I Dylan Corral hereby declare that in the above case number, the defendants have moved for a motion for Summary Judgement. The defendants reason and statement of undisputed facts are entirely unrelated to all allegations set forth in my complaint. My complaint alleged Cruel & unusual Conditions of a Safety Cell for being deprived of showers, to use deodorant, being able to brush my teeth, was unable to wash my hands before meals and after bowel movements and the defendants moved for Summary Judgment based on claims of inadequate mental health treatment. Their motion is based on my alleged refusual to cooperate with the defendants in regard to mental treatment such as refusing vital signs & refusing to speak to

(1)

the doctor, I am challenging Cruel & unusual Conditions and not inadequate mental health treatment. I Cannot respond to their motion because allthough those facts are true, they are not related to the allegations from my Complaint. Because the defendants move for Summary Judgment based on unrelated facts, I ask this Court to Order the defendants to file their motion in regard to the actual allegations or dismiss their motion for Summary Judgment.

## Verification

I Declare under the Penalty of Perjury that the foregoing is true & Correct, executed on this 9th day of October 2020 in Stockton CA

Dylan Corral

(2)