**FILED**

JAN 18 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

2:18-cv-0024 -TLN-CKD(PC)

2:18-cv-3019- JAM- DMC (PC)

CDCR has unlawfully Placed me under Surveillance & are listening to my thoughts, Slandered my name, beat me 3 times even Knocking me out & breaking my eye Socket, destroyed all legal documents, Sprayed me with wasp spray, Put drugs & Poison in my food, and made me Stupid & gay with gas and tried to Kill me with bleach fumes through the vent.

YOU WILL BE ASSASINATED


Please call D.O.J  C.R.E.P.A (div) You have to Put a Stop to the abuse or the letters will Continue

When you Send the U.S Marshals please Send D.O.J With them

Dylan Corral # AN6839
California Health Care Facility
BSB-126
P.O Box 321110
Stockton CA 95213

Confidential

United States District Court
501 I Street Ste 4-200
Sacramento CA 95814

Case 2:18-cv-03019-JAM-DMC   Document 63   Filed 01/18/22   Page 3 of 3

SACRAMENTO CA 957
13 JAN 2022 PM 4 L
FOREVER USA
Barn Swallow

95814-730350